United States District Court.
District of Connecticut.

Anthony Spencer
vs.
Immigration & Customs Enforcement.

Case No. 3:02CV1976

2003 DEC 24 P 1:14

## Motion for extention of time

On October 17, 2003. the Court issue an order for me to amended my Habens petition, which I receive November 6, 2003, on November 7, 2003. I send back the amended petition with a note explain the delay. I also call the clerk office. After waiting over a month not hearing nothing from the court, I call the clerk office on December 18, 2003. just to fine out what was going on with my case, which at that time. I was told the court didn't receive my amended petition. Therefore for all the above reason, I am asking the court for 30 days extention of time to file the amended petition.

Sincerely,
Anthony Spencer.