NOV 10 2003

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## AMENDED APPLICATION FOR A WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2241
## BY A PERSON IN FEDERAL CUSTODY

\# 210028

__Anthony Spencer__, Petitioner,
Full Name and Prisoner Number

Complete Prison Address (Place of Confinement)

Garner C.I.
50 Nunnawauk RD. P.O. Box 5500
Newtown CT 06470

Case No. 3:02CV 1976 (PCD) PRISONER

v.

Bureau of Immigration and Customs Enforcement, Respondent,
(Name of Warden, Superintendent or authorized person having custody of petitioner)
(Do not use *et al.*)

and

_____, Additional Respondent.
(List additional persons having custody of petitioner, if any)

## ORDER, JUDGMENT OR CONVICTION UNDER ATTACK

1) Name and location of the court which entered the order, judgment or conviction under attack __1153 East Street South Suffield CT.__

2) Date judgment of order, judgment or conviction was entered __3.9.1998__
(Deportation order NUMbers)   United States v. Spencer

3) Case number __42.462.356__    Number. 3:97CR32 (PcD)

4) Type and length of sentence imposed __times Served & Three years Probation.__

5) Are you presently serving a sentence imposed for a conviction other than the order, judgment or conviction under attack in this motion? Yes ✓ No __
The Petitioner in fact Seeks to Challenge the deportation order. exhibit "1"

6) Nature of the offense involved (all counts) __Sexual Assault first and Second, kidnapping first risk of Minor.__

7) What was your plea? (check one)
Not Guilty ✓   Guilty __   Nolo Contendere __

8) If you entered a guilty plea to one count or indictment, and a not guilty plea to another court or indictment, give details:
__NA__
__NA__

9) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement __NA__

10) Kind of trial (check one)   Jury ✓  Judge only __

11) Did you testify at trial? Yes ✓ No __

## DIRECT APPEAL

12) Did you appeal from the order, judgment or conviction?    Yes __ No ✓

13) If you did appeal, give the name and location of the court where the appeal was filed, the result, the case number and date of the court's decision (or attach a copy of

2

the court's opinion or order): ___NA___

___NA___

___NA___

___NA___

14) If you did not appeal, explain briefly why you did not: I wanted the order to be enforce.

a) Did you seek permission to file a late appeal? Yes ___ No ✓

## POST-CONVICTION PROCEEDINGS

15) Other than a direct appeal from the order, judgment or conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?    Yes ___ No ✓

16) If your answer to 15 was "Yes," give the following information:

    a) FIRST petition, application or motion.

       1. Name of court ___NA___

       2. Nature of proceeding ___NA___ ___NA___

       3. Claims raised ___NA___ ___NA___

       4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ✓

       5. Result ___NA___

       5a. If court denied petition, application or motion, provide the reasons for the denial or attach a copy of the court's decision or ruling ___NA___

3

_____ NA _____

_____

6.   Date of result _____ NA _____

7.   Did you appeal the result to the federal appellate court having jurisdiction? Yes ___ No ✓   If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

_____ NA _____
_____ NA _____

8.   If you did not appeal, briefly explain why you did not ___ NA ___
_____ NA _____
_____ NA _____

b)   As to any SECOND petition, application or motion, give the following information:

1.   Name of court _____ NA _____

2.   Nature of proceeding _____ NA _____
_____ NA _____

3.   Claims raised _____ NA _____

_____

4.   Did you receive an evidentiary hearing on your petition, application or motion?  Yes ___ No ✓

5.   Result _____ NA _____

5a.  If court denied petition, application or motion, provide the reasons for the denial or attach a copy of the court's decision or ruling ___ NA ___
_____ NA _____
_____ NA _____

4

6. Date of result _____ NA _____

7. Did you appeal the result to the federal appellate court having jurisdiction? Yes ___ No ✓ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) ___

_____ NA _____

_____ NA _____

_____ NA _____

8. If you did not appeal, briefly explain why you did not _____ NA _____

c) As to any THIRD petition, application or motion, give the following information:

1. Name of court _____ NA _____

2. Nature of proceeding _____ NA _____

_____ NA _____

3. Claims raised _____ NA _____

_____ NA _____

4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ✓

5. Result _____ NA _____

5a. If court denied petition, application or motion, provide the reasons for the denial or attach a copy of the court's decision or ruling _NA_

_____ NA _____

_____ NA _____

6. Date of result _____ NA _____

5

7. Did you appeal the result to the federal appellate court having jurisdiction? Yes ___ No ✓ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) NA

_____ NA _____

_____ NA _____

8. If you did not appeal, briefly explain why you did not ___ NA

_____ NA _____

6

## CLAIMS

17) State concisely every claim that you are being held unlawfully. Summarize briefly the facts supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the order, judgment or conviction under attack.

In order to proceed in federal court, you ordinarily must exhaust the administrative remedies available to you as to each claim on which you request action by the federal court.

**Claim One**: _____

_____

_____

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts supporting this claim)

See Attached 7A

(2) Did you seek administrative relief as to claim one? Yes ___ No ✓. If your answer is "Yes," describe the procedure followed and the result. If your answer is "No," explain why you did not seek administrative relief: _____
NA
NA
NA

**Claim Two**: ____NA____

NA

NA

7

Exhibit 9

# U.S. DEPARTMENT OF JUSTICE
Executive Office for Immigration Review
Office of the Immigration Judge

In the Matter of:   Case No.: A 41 x 46 , 351

Anthony Spencer   Docket: MacDougall

RESPONDENT   IN ~~DEPORTATION~~ Removal PROCEEDINGS

## ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on 3/7/98.
This memorandum is solely for the convenience of the parties. If the proceedings should be appealed, the Oral Decision will become the official decision in this matter.

[X] The respondent was ordered deported to Jamaica.

[ ] Respondent's application for voluntary departure was denied and respondent was ordered deported to _____ or in the alternative to _____.

[ ] Respondent's application for voluntary departure was granted until _____, with an alternate order of deportation to _____ or _____.

[ ] Respondent's application for asylum was ( )granted ( )denied ( )withdrawn ( )other.

[ ] Respondent's application for withholding of deportation was ( )granted ( )denied ( )withdrawn ( )other.

[ ] Respondent's application for suspension of deportation was ( )granted ( )denied ( )withdrawn ( )other.

[ ] Respondent's application for waiver under Section _____ of the Immigration and Nationality Act was ( )granted ( )denied ( )withdrawn ( )other.

[ ] Respondent's application for _____ was ( )granted ( )denied ( )withdrawn ( )other.

[ ] Proceedings were terminated.

[ ] The application for adjustment of status under Section (216)(216A)(245)(249) was ( )granted ( )denied ( )withdrawn ( )other. If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.

[ ] Respondent's status was rescinded under Section 246.

[ ] Other _____

[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.

_____
Immigration Judge

Date: 2-9-98

Appeal: RESERVED/WAIVED ( A / I / B )

Form EOIR - 37
REV. - JUNE 93

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim) Petitioner in fact seeks to challenge the Deportation Order. See Exhibit 1,

(2) Did you seek administrative relief as to claim one? Yes __ No ✓. If your answer is "Yes," describe the procedure followed and the result. If your answer is "No," explain why you did not seek administrative relief: NA
NA
NA
NA

**Claim Three:** NA
NA
NA

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

8

(2) Did you seek administrative relief as to claim one? Yes ___ No ✓. If your answer is "Yes," describe the procedure followed and the result. If your answer is "No," explain why you did not seek administrative relief: NA NA NA NA

18) Do you have any petition, application, motion or appeal now pending in any court, either state or federal, regarding the order, judgment or conviction under attack?
Yes ___ No ___. If "Yes," state the name of the court, case file number (if known), and the nature of the proceeding: NA NA NA NA

19) State briefly why you believe that the remedy provided by 28 U.S.C. § 2255 (Motion to Vacate Sentence) is inadequate or ineffective to test the legality of your detention: NA NA NA

9

Wherefore, petitioner prays that the court grant him the following relief:

The Petitioner Seeks to be IMMediately Removed from the United States According by the Judge Order or release for being Illegally Confine against the Concluded Removal order by law and the Constitution Rights Which ban Cruly and Unusual Punishment (others)

_____
Signature of Attorney (if any)

Anthony Spencer
Petitioner's Original Signature

210028
Petitioner's Inmate Number

Attorney's Full Address and Telephone Number

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the petitioner in this action, that he/she has read this petition and that the information contained in the petition is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Garner, C.I. 50 Nunnawauk Rd Newtown CT (Location) on 11-5-03 (Date)

Anthony Spencer
Petitioner's Original Signature

10