UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTHONY SPENCER
                                                          PRISONER
    v.                                   CASE NO. 3:02CV1976(PCD)

HECTOR RODGRIGUEZ
WARDEN DZURENDA
BUREAU OF IMMIGRATION AND
CUSTOMS ENFORCEMENT

## ORDER TO SHOW CAUSE

Pending before the court is an amended petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. The amended petition filed in this case names as the only respondent, the Bureau of Immigration and Customs Enforcement. The petitioner seeks relief in the form of an order directing the Bureau of Immigration and Customs Enforcement to comply with a March 9, 1998 order of deportation.

Upon the amended petition of, ANTHONY SPENCER, it is hereby

ORDERED that the respondent herein file a response on or before March 20, 2004 as to why the relief prayed for in the amended petition for writ of habeas corpus should not be granted, and it is

ORDERED that service by the United States Marshal of this order, together with a copy of the amended petition on respondent's representative, Kevin O'Connor, United States Attorney, Connecticut Financial Center, 157 Church Street, New Haven, CT 06508, on or

before February 20, 2004 shall be deemed sufficient.

    Dated at Bridgeport, Connecticut this <u>23</u> day of January, 2004.

```
                    _____/s/_____
                    HOLLY B. FITZSIMMONS
                    UNITED STATES MAGISTRATE JUDGE
```