UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ANTHONY SPENCER

    v.

HECTOR RODRIGUEZ

PRISONER CASE NO.
3:02-cv-1976 (PCD)

**RULING AND ORDER**

The petitioner seeks an extension of time to file his amended petition. The petitioner's Motion for Extension of Time **[doc. # 12]** is **GRANTED**. The plaintiff shall file his amended complaint on or before January 31, 2004.

SO ORDERED this 22 day of January, 2004, at Bridgeport, Connecticut.

/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE