U.S. Department of Justice
Immigration and Naturalization Service

# Notice to Appear

**In removal proceedings under section 240 of the Immigration and Nationality Act**

#210028

PRD: 01/05/1998

File No: A42 462 356

In the Matter of:

Respondent: _____ ANTHONY RAY SPENCER _____ currently residing at:

c/o Warden, New Haven Correctional Center, 245 Whalley Avenue, New Haven, CT 06530
(Number, street, city, state and ZIP code)          (Area code and phone number)

☐ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:
4) You are not a citizen or national of the United States;
5) You are a native of JAMAICA and citizen of JAMAICA;
6) You were admitted to the United States at NEW YORK, NEW YORK on or about JULY 17, 1990, as an IMMIGRANT;
7) You were, on JULY 7, 1997, convicted in the District Court, District of Conn., New Haven, for the offense of FELON IN POSSESSION OF A FIREARM, in violation of 18 U.S.C. 922(g)(1) and 924(a)(2);

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (INA), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in Section 101(a)(43) of the Act.

Section 237(a)(2)(C) of the Act — added at 3/9/98 hg.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2)   ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: 450 Main Street, Room 509, Hartford, CT. 06103  (OR) 1900 East Whatley Road, Oakdale, LA 71463.
(Complete Address of Immigration Court, Including Room Number, if any)

on ___DATE TO BE SET___ at _____ to show why you should not be removed from the United States based on the
    (Date)                (Time)
charge(s) set forth above.

ASST. OFFICER IN CHARGE
(Signature and Title of Issuing Officer)

[GOVERNMENT EXHIBIT A]

Date: JULY 30, 1997

HARTFORD, CT
(City and State)

ORIGINAL TO EOIR/HAR ON 12/4/97
12/4/97 mco

See reverse for important information

Form I-862 (Rev. 4-1-97)

**U.S. DEPARTMENT OF JUSTICE**
Executive Office for Immigration Review
Office of the Immigration Judge

In the Matter of:                                         Case No.: A 42 462 356

_Anthoney Spencer_                                        Docket: MACDOUGALL

               RESPONDENT                IN ~~DEPORTATION~~ REMOVAL PROCEEDINGS

## ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on _3/9/98_.
This memorandum is solely for the convenience of the parties. If the proceedings should be appealed, the Oral Decision will become the official decision in this matter.

[X] The respondent was ordered deported to _JAMAICA_.

[ ] Respondent's application for voluntary departure was denied and respondent was ordered deported to _____ or in the alternative to _____.

[ ] Respondent's application for voluntary departure was granted until _____, with an alternate order of deportation to _____ or _____.

[ ] Respondent's application for asylum was ( )granted ( )denied ( )withdrawn ( )other.

[ ] Respondent's application for withholding of deportation was ( )granted ( )denied ( )withdrawn ( )other.

[ ] Respondent's application for suspension of deportation was ( )granted ( )denied ( )withdrawn ( )other.

[ ] Respondent's application for waiver under Section _____ of the Immigration and Nationality Act was ( )granted ( )denied ( )withdrawn ( )other.

[ ] Respondent's application for _____ was ( )granted ( )denied ( )withdrawn ( )other.

[ ] Proceedings were terminated.

[ ] The application for adjustment of status under Section (216)(216A)(245)(249) was ( )granted ( )denied ( )withdrawn ( )other. If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.

[ ] Respondent's status was rescinded under Section 246.

[ ] Other _____

[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.

_Final Order_

GOVERNMENT EXHIBIT B

_[signature]_
Immigration Judge

Date: _2-9-98_

Appeal: RESERVED/**WAIVED** (A/I/B)

Form EOIR - 37
REV. - JUNE 93

U.S. Department of Justice

Immigration and Naturalization Service

# Immigration Detainer - Notice of Action

| File No. | A42 462 356 |
|---|---|
| Date: | March 18, 1998 |

| To: (Name and title of institution) | From: (INS office address) | |
|---|---|---|
| WARDEN<br>Walker RMSU<br>1151 East Street South<br>Suffield, CT  06078 | USINS<br>Deportation Section<br>450 Main St., Rm. 511<br>Hartford, CT  06103 | (860) 240-3012 |

Name of alien: __SPENCER, Anthony Ray__    INMATE NUMBER: 210028

Date of birth: __December 19, 1969__    Nationality: __Jamaica__    Sex: __Male__

**You are advised that the action noted below has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:**

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on
_____.
(Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____.
(Date)

☒ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling __(860) 240-3012__ during business hours or __(617) 223-3374__ after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self-addressed stamped envelope is enclosed for your convenience. ☒ Please return a signed copy via facsimile to __(860) 240-3488__.
(Area code and facsimile number)

Return fax to the attention of __Deportation Section__, at __(860) 240-3012__.
(Name of INS officer handling case)    (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

☒ Notify this office in the event of the inmate's death or transfer to another institution.

☐ Please cancel the detainer previously placed by this Service on _____.

_____(Signature)_____    Officer in Charge
(Signature of INS official)    (Title of INS official)

Receipt acknowledged:

Date of latest conviction: _____    Latest conviction charge: _____

Estimated release date: _____

**GOVERNMENT EXHIBIT C**

Signature and title of official: _____

 

# CONNECTICUT
# DEPARTMENT OF CORRECTION

STATE OF CONNECTICUT    ABOUT US   PROGRAMS AND SERVICES   PUBLICATIONS   FORMS   CONTA

## Inmate Information

| Inmate Number: | 210028 |
|---|---|
| Inmate Name: | SPENCER,ANTHONY |
| Date of Birth: | 12/19/1969 |
| Latest Admission Date: | 7/14/1997 |
| Current Location: | GARNER |
| Status: | SENTENCED |
| Bond Amount: | 0 |
| Controlling Offense: | KIDNAPPING, FIRST DEGREE AF |
| Date of Sentence: | 4/17/1998 |
| Maximum Sentence: | 33 Year(s) 0 Month(s) 0 Day(s) |
| Maximum Release Date: | 12/27/2026 |
| Estimated Release Date: | 7/6/2020 |
| Detainer: | IMMIGRATION |

Home | CT.gov Home | Send Feedback

State of Connecticut Disclaimer and Privacy Policy  Copyright © 2002, 2003 State of Connecticut



GOVERNMENT EXHIBIT D