UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY SPENCER | : | |
| Petitioner, | : | CIV. NO. 3:02cv1976(PCD) |
| v. | : | |
| HECTOR RODRIGUEZ, WARDEN DZURENDA, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT | : : : : | MARCH 3, 2004 |
| Respondent. | : | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Assistant United States Attorney Douglas P. Morabito as counsel for the defendant Bureau of Immigration and Customs Enforcement in the above-captioned case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN B. HUGHES
ASSISTANT UNITED STATES ATTORNEY
CHIEF, CIVIL DIVISION

*Douglas P. Morabito*

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR NO. ct20962

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the within and foregoing was sent on this 3rd day of March, 2004, via first-class mail to:

Anthony Spencer
Inmate Number #210028
Garner Correctional Institution
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

_____
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY