# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

ANTHONY SPENCER
Petitioner

V.

BUREAU OF IMMIGRATION AND
CUSTOMS ENFORCEMENT
Respondent.

FILED
Apr 22  2 51 PM '04

Civil No. 3:02 CV 1976 (PCD)

## JUDGMENT

This cause came on for consideration before the Honorable Peter C. Dorsey, Senior, United States District Judge, on the petitioner's application for a writ of habeas corpus.

On April 21, 2004, the Court issued a Ruling denying the petition for a writ of habeas corpus.

Therefore, it is hereby ORDERED and ADJUDGED that a writ of habeas corpus is denied and the case is closed.

Dated at New Haven, Connecticut, this 22nd day of April, 2004.

KEVIN F. ROWE, CLERK
By

*Patricia A. Villano*
Patricia A. Villano
Deputy Clerk

EOD: _____